UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI READE, | No. 2:14-cv-1862 GEB CKD PS |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

By order filed August 18, 2014, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint within fourteen days, and to file a statement with the court that said documents had been submitted to the United States Marshal. Plaintiff failed to timely submit the statement of compliance. Because there was no evidence that plaintiff had taken the proper steps to ensure service of summons by the Marshal, the court ordered plaintiff to show cause why this action should not be dismissed for lack of prosecution. Plaintiff did not respond to the order to show cause. The court therefore recommended that the action be dismissed. Plaintiff has now filed objections to the findings and recommendations. Plaintiff contends that she has evidence supporting a different onset date for disability. Until plaintiff properly serves defendant, this court cannot review the merits of plaintiff's claims. Plaintiff will be granted one final opportunity to serve defendant so that this action may proceed.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 8, 2014 (ECF No. 7) are vacated.

2. No later than November 21, 2014, plaintiff shall submit to the United States Marshal a completed summons and copies of the complaint, and to file a statement with the court that said documents had been submitted to the United States Marshal.  Failure to comply with this order shall result in a recommendation that the action be dismissed.

3. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

4. The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order. Service of process shall be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. See Fed. R. Civ. P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of the General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545. See Fed. R. Civ. P. 4(i)(2).

5. Plaintiff is reminded that under the scheduling order filed August 18, 2014, plaintiff's motion for summary judgment and/or remand must be filed within 45 days after being served with a copy of the administrative record.  Failure to comply with the scheduling order may result in a recommendation that the action be dismissed.

Dated:  October 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 reade1862.vac